# Court of Appeals
# of the State of Georgia

ATLANTA,   July 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1702.  ROBERT L. TILLMAN v. THE STATE.**

This case was docketed by this Court on May 15, 2014, and appellant's brief and enumerations of error were due June 4, 2014.  On June 4, 2014, appellant filed a motion for extension of time to file his brief, and an extension was granted to allow appellant through and until June 19, 2014 to file its brief and enumerations of error. As of the date of this order, appellant still has not filed a brief and enumeration of error and has not requested an additional extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/15/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*